(530)  ORIGINAL

1

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2   Name   FLETCHER,   SABRINA   LANISE
         (Last)       (First)       (Initial)

3

4   Prisoner Number   X 15772

    Institutional Address   VALLEY STATE PRISON

5   P.O. BOX 92, CHOWCHILLA, CA 93610

6   ========================================

             UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA

8   SABRINA L. FLETCHER
    (Enter the full name of plaintiff in this action.)

                        **C08-02774**

9                    Case No. _____
          vs.            (To be provided by the clerk of court)

10   GLORIA HENRY

11   DIRECTOR OF         **PETITION FOR A WRIT**
                          **OF HABEAS CORPUS**

12   CORRECTION, CDC    **FILED**

13   WARDEN CHOWCHILLA   JUN - 4 2008

14   (Enter the full name of respondent(s) or jailer in this action)
                  RICHARD W. WIEKING
            CLERK, U.S. DISTRICT COURT
15           NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND
16   ========================================

             Read Comments Carefully Before Filling In

17   <u>When and Where to File</u>

18         You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23         If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS    - 1 -

1    Complete all applicable questions in the proper blank spaces. If you need additional space to
2    answer a question, you may attach additional blank pages. Make clear the question to which any such
     continued answer refers.

3    Only one sentence or conviction may be challenged in a single petition. If you challenge more
4    than one, you must do so by separate petitions.

**V.    After Petition Is Filed**

5
6    You will be notified as soon as the court issues an order. It is your responsibility to keep the
     court informed of any changes of address to ensure that you receive court orders. Failure to do so may
7    result in dismissal of your suit.

**VI.    Inquiries And Copying Requests**

8
9    Because of the large volume of cases filed by inmates in this court and limited court resources,
     the court will not answer inquiries concerning the status of your case or provide copies of documents,
     except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents
10   submitted to the court for your own records.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PetitionHC-6-02.wpd (Rev. 6/02)                    - 2 -

1  <u>Who to Name as Respondent</u>

2        You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14          <u>CONTRA COSTA Co     MARTINEZ. CA</u>

15                 Court                          Location

16          (b)    Case number, if known  <u>NO. 5-05 05 23-0</u>

17          (c)    Date and terms of sentence <u>NOV. 18, 2005, 13 YEARS</u>

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)        Yes  X    No _____

20                 Where?

21                 Name of Institution: <u>VALLEY STATE PRISON for WOMEN</u>

22                 Address: <u>P.O. BOX 92, CHOWCHILLA, CA</u>

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  <u>PEN. Code 211/211.5 , PEN. Code 12022.53,</u>

27  <u>Sub. (b) . 12025 and (a)(b)(1) 12022.5</u>

28  <u>Robbery, PERSONALLY USING ● FIREARM ;</u>
   <u>CARRYING A CONCEALED FIREARM.</u>

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:               Yes ✗      No ____

    Preliminary Hearing:      Yes ✗      No ____

    Motion to Suppress:      Yes ____    No ✗

4. How did you plead?

    Guilty ____    Not Guilty ✗    Nolo Contendere ____

    Any other plea (specify) _____ N/A _____

5. If you went to trial, what kind of trial did you have?

    Jury ✗    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?      Yes ____    No ✗

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment             Yes ✗    No ____

    (b)    Preliminary hearing     Yes ✗    No ____

    (c)    Time of plea            Yes ✗    No ____

    (d)    Trial                 Yes ✗    No ____

    (e)    Sentencing            Yes ✗    No ____

    (f)    Appeal               Yes ✗    No ____

    (g)    Other post-conviction proceeding  Yes ✗    No ____

8. Did you appeal your conviction?    Yes ✗    No ____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal          Yes ✗    No ____

            Year: 2005    Result: AFFIRMED _____

            Supreme Court of California    Yes ✗    No ___

            Year: 2007    Result: DENIED - 4/26/07

            Any other court         Yes ____    No ✗

            Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

petition?                                    Yes ✓    No____

(c)    Was there an opinion?          Yes ✓    No____

(d)    Did you seek permission to file a late appeal under Rule 31(a)?

                                             Yes ____    No ✓

If you did, give the name of the court and the result:

_____N/A_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?          Yes ____    No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: _____N/A_____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

II.    Name of Court: _____N/A_____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1        a._____ N/A _____

2        b._____

3        c._____

4        d._____

5        Result: _____ Date of Result:_____

6   III.   Name of Court: _____ N/A _____

7        Type of Proceeding: _____

8        Grounds raised (Be brief but specific):

9        a._____ N/A _____

10       b._____

11       c._____

12       d._____

13       Result: _____ Date of Result:_____

14   IV.   Name of Court: _____ N/A _____

15       Type of Proceeding: _____

16       Grounds raised (Be brief but specific):

17       a._____ N/A _____

18       b._____

19       c._____

20       d._____

21       Result: _____ Date of Result:_____

22   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                    Yes ____    No ✗

24       Name and location of court: _____ N/A _____

25 B. GROUNDS FOR RELIEF

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1  need more space.  Answer the same questions for each claim.

2  　　　[Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  　Claim One: _PETITIONER ESTABLISHED CASE_

6  _OF RACIAL DISCRIMINATION by The_

7  _PROSECUTIONS USE OF PEREMPTORY CHALLENGES_

8  _WHICH DENIED PETITIONER DUE_

9  _PROCESS IN VIOLATION OF THE_

10  _UNITED STATES CONSTITUTION (6 + 14)_

11  _"FACTS"    (AMENDMENT)_

12

13  Supporting Facts: _THE PETITIONER is OF AFRICAN-_

14  _AMERICAN DECENT._

15  　　　_THE PROSECUTION EXCUSED JUROR_

16  _BENNETT - A AFRICAN- AMERICAN._

17  　Claim Three: _PETITIONER MADE A MOTION TO_

18  _dismiss the PANEL PURSUANT TO WHEELER_

19  Supporting Facts: _AND BASTON, SUPRA. MOTION_

20  _MADE (objection) UNDER STATE_

21  _AND FEDERAL LAW._

22  　　　_THE STATE declined To OFFER_

23  _ANY REASON FOR EXCUSING JUROR BENNET._

　If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  _JUROR BENNETT WAS ASKED VERY FEW_

26  _QUESTIONS during direct VOIR dIRE , BENNETT_

27  _ASSURED COURT SHE could bE FAIR._

28  　　_PETITIONER CONTENDS THE totality OF THE_

_RELEVANT FACTS shows PURPOSEFUL RACIAL_

PET. FOR WRIT OF HAB. CORPUS　　　　- 6 -

_DISCRIMINATION AGAINST A COGNIZABLE_

_GROUP IN VIOLATION OF DUE PROCESS AND_

_EQUAL PROTECTION OF U.S. CONST. Cal 14_

6A

THE PROSECUTOR ASKED MS. BENNETT TWO QUESTIONS ABOUT HER EMPLOYMENT. SHE SAID THAT FOR THE PAST 15 YEARS SHE HAD BEEN TAKING CARE OF DEVELOPMENTALLY DELAYED PEOPLE. SHE HAD ALSO WORKED IN A DAY PROGRAM FOR PATIENTS FOR 12 OR 13 YEARS. NO FRIEND OR RELATIVE HAD BEEN ARRESTED OR INCARCERATED. NO FAMILY MEMBERS HAD DRUG PROBLEMS. SHE HERSELF HAD NO LEGAL PROBLEMS. SHE WAS NOT ON A JURY THAT FAILED TO REACH A VERDICT.

DESPITE BEING OFFERED THE OPPORTUNITY TO DO SO, THE PROSECUTOR DECLINED THE OFFER TO CLAIM SOME SUBJECTIVE (AND ULTIMATELY UN REVIEWABLE) REASON SUCH AS "BODY LANGUAGE".

THE RECORD REVEALS A WELL QUALIFIED JUROR AND FAIR JURY WHO WAS BLACK.

6A

6 B

PETITIONER ASSERTS THE PROSECUTION USE OF RACE-BASED PEREMPTORY CHALLENGE TO REMOVE JUROR BENNETT denied PETITIONER EQUAL PROTECTION OF THE FOURTEENTH AMENDMENT TO THE FEDERAL CONSTITUTION.

JUROR BENNETT WAS EXCLUDED on the basis OF group OR RACIAL identity AND NO OTHER REASON.

THERE WAS NO REASON OTHER THAN HER RACE, FOR EXCUSING JUROR BENNETT.

Voir dire REVEALED VERY little ABOUT JUROR BENNETT AND CERTAINLY nothing NEGATIVE. ACCORDING TO HER JURY QUESTIONNAIRE, MS BENNETT WAS A widow AND HAD THREE children AGED 2E, 20 AND 19. SHE HAD FOR FOUR YEARS AS A CAREGIVER SHE HAD PREVIOUSLY BEEN CALLED FOR JURY SERVICE. NO FRIEND OR FAMILY WORKING IN LAW ENFORCEMENT OR BEEN VICTIM OF A CRIME.

1         List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3    of these cases:

4    BASTON vs. KENTUCKY (1976) 476 U.S. 79

5    JOHNSON vs CAL. (2005) 545 U.S. 162

6    PEOPLE vs. AVILA (2006) 38 CAL. 4ᵗʰ 49)

7    PEOPLE vs JOHNSON (2006) 38 Cal.4 No 6

   Do you have an attorney _____?     Yes ___   No X

8    If you do, give the name and address of your attorney:

9                           N/A

10        WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11   this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13   Executed on  4/19/08 _____        _____ Saxeum Fletcher

14             Date                      Signature of Petitioner

15

16   ) U.S. vs Bishof (9ᵗʰ Cir. 1992)

17        959 F.2.820.

18

19     U.S. vs. Vaequey-Iquez (9ᵗʰ Cir 1994)

20   (Rev. 6/02)    22 F.3d. 900,

21

22     WADE vs. TERHUNE (9ᵗʰ Cir. 2000)

23       202 F.3d. 1190,

24

25   PEOPLE vs WHEELER 22 Cal.3d. 258,

26   PEOPLE vs. Willis 27 CAL. 4ᵗʰ 811,

27   PEOPLE vs. SILVA 25 CAL4ᵗʰ 345.

28

PET. FOR WRIT OF HAB. CORPUS    - 7 -

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002261
Cashier ID: lenahac
Transaction Date: 06/04/2008
Payer Name: Saprina L. Fletcher

WRIT OF HABEAS CORPUS
  For: Saprina L. Fletcher
  Case/Party: D-CAN-5-08-CV-002774-001
  Amount:          $5.00
------------------------------------
MONEY ORDER
  Check/Money Order Num: 57-64955228
  Amt Tendered: $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:      $0.00

RMW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.





United States District
Court Northern District
of California Oakland
Division 1301 Clay
St. Suite 400 S
Oakland, CA. 94612-52

James Eric Fines
104 16th St #
Rich, Ca 94804