*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAPRINA L. FLETCHER,** | Case No. C 08-2774 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **GLORIA HENRY, WARDEN,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent shall file with the court and serve on petitioner, on or before **June 1, 2009**, an answer or motion to dismiss the petition for writ of habeas corpus. Petitioner shall file with the Court and serve on respondent a traverse or opposition within **thirty days** of the date the answer or motion to dismiss is filed.  If petitioner files an opposition, respondent shall file with the Court and serve on petitioner a reply within **fifteen days** of the date the opposition is filed.

IT IS SO ORDERED.

Dated: ___3/16/09_____

_____
RONALD M. WHYTE
United States District Judge

[] Order                                                                                               Fletcher v. Henry, Warden
                                                                                                              C 08-2774 RMW (PR)