*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAPRINA LANISE FLETCHER, | ) | No. C 08-2774  RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| KENT EICHENBERGER, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————————— | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:   7/30/10

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Fletcher774jud.wpd